# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 31, 2020

## NO. 03-19-00560-CV

**Citizens, Inc.; CICA Life Ltd.; and Cica Life Insurance Company of America, Appellants**

**v.**

**Randall H. Riley; Citizens American Life, LLC; and Citizens American Life, Inc., Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the trial court's order denying CICA's application for injunctive relief signed on August 13, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.